AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

U.S. MARSHAL-DC AM8:28
RECEIVED MAR 22 '24

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-cr-00143 |
| | ) Assigned To : Chutkan, Tanya S. |
| JEVAUGHN MARK | ) Assign. Date : 3/21/2024 |
| | ) Description: INDICTMENT (B) |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JEVAUGHN MARK

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) - UNLAWFUL DISTRIBUTION OF FENTANYL;
21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) - UNLAWFUL DISTRIBUTION OF COCAINE;
21 U.S.C. § 841(a)(1) and § 841(b)(1)(C) - UNLAWFUL DISTRIBUTION OF FENTANYL AND HEROIN;
21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(vi) - UNLAWFUL DISTRIBUTION OF FORTY GRAMS OR MORE OF FENTANYL;
FORFEITURE:  21 U.S.C. § 853(a) and (p)

Date:   03/21/2024

2024.03.21
14:43:44 -04'00'

*Issuing officer's signature*

City and state:   WASHINGTON, DC

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 3/22/24, and the person was arrested on *(date)* 3/22/24
at *(city and state)* Washington, DC

Date: 3/22/24

*Arresting officer's signature*

Samuel Bonner, Supervisory Special Agent
*Printed name and title*